AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

APPEARANCE

V.

CASE NUMBER: 1:08 MJ40 A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Hector Alvarez

I certify that I am admitted to practice in this court.

3/14/08
*Date*

Edward Roy MSM
*Signature*

Mary S. McElroy 4830
*Print Name* *Bar Number*

10 Weybosset Street.
*Address*

Providence RI 02903
*City* *State* *Zip Code*

528-4281 -4285
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.