AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

__________ DISTRICT OF __________

UNITED STATES OF AMERICA

V.

Hector Alvarez

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING
## (Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number:

I, Hector Alvarez, charged in a (complaint) (petition) pending in this District with unlawful use of identification (or transfer or possess) in violation of Title 18, U.S.C., 1029(a), 1028A(a)(7) + 371, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

[signature]
*Defendant*

3/14/08
*Date*

[signature] Mary S. McElroy
*Counsel for Defendant*