AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

United States

v.

Helton Alvarez

APPEARANCE

CASE NUMBER: CR08-34-03S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Helton Alvarez

I certify that I am admitted to practice in this court.

4/14/08

*Date*

[signature]

*Signature*

Harris B. Smith #4120

*Print Name* *Bar Number*

1006 Westminster St.

*Address*

Prov. RI 02909

*City* *State* *Zip Code*

401-272-7277 401 454-5557

*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.